Fill in this information to identify the case:

Debtor name: **Core Resource Management, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:16-bk-06712**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alex Campbell** 8457 Custer Lane Evergreen, CO 80439 | | **Multiple Notes** | | | | $700,000.00 |
| **Anita Harlan** 501 S Roanoke Mesa, AZ 85206 | | **Note** | | | | $25,000.00 |
| **Arrow Pump & Supply** PO Box 1070 Seminole, OK 74818 | | | | | | $22,576.96 |
| **Best Well Service** 5727 S Lewis, Ste 550 Tulsa, OK 74105 | | | | | | $45,821.00 |
| **Charles Smith** PO Box 7080 San Carlos, CA 94070 | | **Note** | | | | $50,000.00 |
| **Dennis Miller** 18835 N 93rd St Scottsdale, AZ 85255 | | **Multiple Notes** | | | | $450,000.00 |
| **John Leggat** 4048 E. Sunnyside Phoenix, AZ 85028 | | **7 Notes Debenture** | | | | $555,000.00 |
| **Kris Smith** 924 E Waltann Ln Phoenix, AZ 85022 | | **Note** | | | | $40,000.00 |
| **Mark Buckley** 7000 N Central Ave Phoenix, AZ 85020 | | **Note** | | | | $100,000.00 |
| **Mark West** 1659 E Sharon Dr Phoenix, AZ 85022 | | **Note** | | | | $25,000.00 |

| Debtor | Core Resource Management, Inc. | | Case number *(if known)* | **2:16-bk-06712** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mary Ann Kestner**<br>**325 Ladera St. Unit #1**<br>**Santa Barbara, CA 93101** | | **Multiple Notes** | | | | $100,000.00 |
| **Mills Well Service**<br>**PO Box 871**<br>**Seminole, OK 74818** | | | | | | $28,909.80 |
| **Moricoli & Schovanec PC**<br>**One Leadership Square**<br>**211 N Robinson STE 1350**<br>**Oklahoma City, OK 73102** | | **Legal Fees** | | | | $31,842.00 |
| **Nocona Production Company**<br>**4201 Sagemont**<br>**Carrollton, TX 75010** | | | | | | $35,853.24 |
| **Noeline Corea or Joe Kestner**<br>**4333 E Lewis**<br>**Phoenix, AZ 85008** | | **Note** | | | | $954,000.00 |
| **Now CFO**<br>**8330 Lyndon B Johnson Fwy**<br>**Suite B250**<br>**Dallas, TX 75243** | | **Nitro** | **Disputed** | | | $29,741.98 |
| **Oklahoma Pipe Sales**<br>**PO Box 1482**<br>**Seminole, OK 74818** | | | | | | $32,266.31 |
| **Shaji Mundattachundayil**<br>**6626 W Pershing Ave**<br>**Glendale, AZ 85304** | | **Note** | | | | $50,000.00 |
| **Sub Sales and Service**<br>**399405 West 2900 Road**<br>**Ramona, OK 74061** | | | | | | $27,938.00 |
| **Sutherland Well Services**<br>**PO Box 400**<br>**Healdton, OK 73438** | | | | | | $50,662.50 |