# CORE RESOUCE MANAGEMENT INC
## CASH FLOW BUDGET - July 2016

| | Week 1 | Week 2 | Week 3 | Week 4 | Total | Actual |
|---|---|---|---|---|---|---|
| **SUMMARY** | | | | | | |
| Revenue | $ 24,150.00 | $ 22,500.00 | $ 26,850.00 | $ 25,000.00 | $ 98,500.00 | $ - |
| Expenses | $ 35,581.21 | $ 8,310.80 | $ 17,674.00 | $ 21,625.00 | $ 83,191.01 | $ - |
| **Cash Profit** | | | | | $ 15,308.99 | $ - |
| **GENERAL OVERHEAD EXPENSES** | | | | | | |
| Accounting/Services | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ - |
| Audit Costs | $ - | $ - | $ - | $ 9,000.00 | $ 9,000.00 | $ - |
| General Admin | $ 125.00 | $ 50.00 | $ 100.00 | $ 50.00 | $ 325.00 | $ - |
| Insurance | $ - | $ - | $ 2,000.00 | $ - | $ 2,000.00 | $ - |
| Legal | $ 2,000.00 | $ - | $ 2,500.00 | $ 2,500.00 | $ 7,000.00 | $ - |
| Office Supplies | $ - | $ 100.00 | $ 25.00 | $ - | $ 125.00 | $ - |
| Postage/Shipping | $ 25.00 | $ 25.00 | $ 40.00 | $ 25.00 | $ 115.00 | $ - |
| Rent | $ 6,000.00 | $ - | $ - | $ - | $ 6,000.00 | $ - |
| Salaries | $ 1,150.00 | $ 2,650.00 | $ 1,150.00 | $ 2,650.00 | $ 7,600.00 | $ - |
| Taxes/Fees | $ - | $ - | $ - | $ 200.00 | $ 200.00 | $ - |
| Technology | $ 1,731.21 | $ 35.80 | $ 159.00 | $ - | $ 1,926.01 | $ - |
| **Total Overhead Expenses** | $ 13,031.21 | $ 2,860.80 | $ 5,974.00 | $ 14,425.00 | $ 36,291.01 | $ - |
| **OIL OPERATIONS EXPENSES** | | | | | | |
| Electricity | $ 7,500.00 | $ 250.00 | $ 6,500.00 | $ 2,000.00 | $ 16,250.00 | $ - |
| Electrician | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 4,000.00 | $ - |
| Heating Oil/Chemical | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ - |
| Pumpers | $ 2,850.00 | $ - | $ - | $ - | $ 2,850.00 | $ - |
| Trucking | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ - |
| Well Maintenance | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 12,000.00 | $ - |
| **Total Operations Expenses** | $ 15,050.00 | $ 4,950.00 | $ 11,200.00 | $ 6,700.00 | $ 37,900.00 | $ - |
| **OTHER EXPENSES** | | | | | | |
| JIB Payments | $ 7,000.00 | $ - | $ - | $ - | $ 7,000.00 | $ - |
| Past Due Bills - Current | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ - |
| Past Due Bills - Post Merger | $ - | $ - | $ - | $ - | $ - | $ - |
| Past Due Bills - Pre Merger | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Other Expenses** | $ 7,500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 9,000.00 | $ - |

| Transaction | Week 1 | Week 2 | Week 3 | Week 4 | Total | Actual |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| Oil Sales | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 22,500.00 | $ 90,000.00 | $ - |
| CHS (National) | $ - | $ - | $ 1,500.00 | $ - | $ 1,500.00 | $ - |
| Cimmarron Gathering | $ - | $ - | $ - | $ 500.00 | $ 500.00 | $ - |
| Coffeyville | $ - | $ - | $ - | $ 500.00 | $ 500.00 | $ - |
| Enterprise Crude | $ - | $ - | $ 2,500.00 | $ - | $ 2,500.00 | $ - |
| Halcon | $ 650.00 | $ - | $ - | $ - | $ 650.00 | $ - |
| JIB Payments | $ - | $ - | $ - | $ 1,000.00 | $ 1,000.00 | $ - |
| OneOK | $ - | $ - | $ 350.00 | $ - | $ 350.00 | $ - |
| Premier Operating Company | $ - | $ - | $ - | $ 500.00 | $ 500.00 | $ - |
| SEI Energy | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | **$ 24,150.00** | **$ 22,500.00** | **$ 26,850.00** | **$ 25,000.00** | **$ 98,500.00** | **$ -** |
| **SALARIES** | | | | | | |
| Jason Feldman | $ - | $ - | $ - | $ - | $ - | $ - |
| Neal Duncan | $ - | $ 2,500.00 | $ - | $ 2,500.00 | $ 5,000.00 | $ - |
| Dennis Miller | $ 1,000.00 | $ - | $ 1,000.00 | $ - | $ 2,000.00 | $ - |
| Megan Miller | $ 150.00 | $ 150.00 | $ 150.00 | $ 150.00 | $ 600.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | **$ 1,150.00** | **$ 2,650.00** | **$ 1,150.00** | **$ 2,650.00** | **$ 7,600.00** | **$ -** |
| **AUDIT COSTS** | | | | | | |
| RLA Capital - Auditor | $ - | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ - |
| Filings | $ - | $ - | $ - | $ 2,000.00 | $ 2,000.00 | $ - |
| McGee Law Firm | $ - | $ - | $ - | $ 2,000.00 | $ 2,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | **$ -** | **$ -** | **$ -** | **$ 9,000.00** | **$ 9,000.00** | **$ -** |
| **RENT** | | | | | | |
| TR Camelback (Lincoln) | $ 6,000.00 | $ - | $ - | $ - | $ 6,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | **$ 6,000.00** | **$ -** | **$ -** | **$ -** | **$ 6,000.00** | **$ -** |
| **TECHNOLGY** | | | | | | |
| Cox | $ - | $ - | $ 159.00 | $ - | $ 159.00 | $ - |
| Fax | $ 7.95 | $ - | $ - | $ - | $ 7.95 | $ - |
| Conference | $ - | $ 25.00 | $ - | $ - | $ 25.00 | $ - |
| 8x8 | $ 350.00 | $ - | $ - | $ - | $ 350.00 | $ - |
| Website | $ 1,049.00 | $ - | $ - | $ - | $ 1,049.00 | $ - |
| Legal Services Tech (Click) | $ 324.26 | $ - | $ - | $ - | $ 324.26 | $ - |
| Esignal | $ - | $ - | $ - | $ - | $ - | $ - |
| Microsoft | $ - | $ 10.80 | $ - | $ - | $ 10.80 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | **$ 1,731.21** | **$ 35.80** | **$ 159.00** | **$ -** | **$ 1,926.01** | **$ -** |
| **GENERAL ADMIN COSTS** | | | | | | |
| Bank Fees | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 200.00 | $ - |
| Shawnee Self Storage | $ 75.00 | $ - | $ - | $ - | $ 75.00 | $ - |
| Rayne Water | $ - | $ - | $ 50.00 | $ - | $ 50.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |

| Transaction | Week 1 | Week 2 | Week 3 | Week 4 | Total | Actual |
|---|---|---|---|---|---|---|
| Total | $ 125.00 | $ 50.00 | $ 100.00 | $ 50.00 | $ 325.00 | $ - |

| ELECTRIC BILLS | | | | | | |
|---|---|---|---|---|---|---|
| Canadian Valley | $ 7,500.00 | $ - | $ 5,000.00 | $ - | $ 12,500.00 | $ - |
| Cotton Electric | $ - | $ - | $ 1,500.00 | $ - | $ 1,500.00 | $ - |
| OG&E | $ - | $ 250.00 | $ - | $ - | $ 250.00 | $ - |
| Rural Electric (REC) | $ - | $ - | $ - | $ 2,000.00 | $ 2,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ 7,500.00 | $ 250.00 | $ 6,500.00 | $ 2,000.00 | $ 16,250.00 | $ - |

| LEGAL | | | | | | |
|---|---|---|---|---|---|---|
| Hauf Law | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ - |
| OK Firm - Fellers Snider Blankenship | $ - | $ - | $ - | $ 2,500.00 | $ 2,500.00 | $ - |
| TX Firm - Saputo Law Firm | $ - | $ - | $ 2,500.00 | $ - | $ 2,500.00 | $ - |
| AZ Firm | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ 2,000.00 | $ - | $ 2,500.00 | $ 2,500.00 | $ 7,000.00 | $ - |

| ACCOUNTING AND PROFESSIONAL SERVICES | | | | | | |
|---|---|---|---|---|---|---|
| Coleen Hager CPA | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | $ - |
| Debbie White CPA | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ - |

| OFFICE SUPPLIES | | | | | | |
|---|---|---|---|---|---|---|
| Paper | $ - | $ - | $ 25.00 | $ - | $ 25.00 | $ - |
| Ink | $ - | $ 100.00 | $ - | $ - | $ 100.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ - | $ 100.00 | $ 25.00 | $ - | $ 125.00 | $ - |

| POSTAGE / SHIPPING | | | | | | |
|---|---|---|---|---|---|---|
| FedEx | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 100.00 | $ - |
| Stamps | $ 15.00 | $ - | $ 15.00 | $ - | $ 30.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ 40.00 | $ 25.00 | $ 40.00 | $ 25.00 | $ 130.00 | $ - |

| INSURANCE | | | | | | |
|---|---|---|---|---|---|---|
| D&O | $ - | $ - | $ 2,000.00 | $ - | $ 2,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| Total | $ - | $ - | $ 2,000.00 | $ - | $ 2,000.00 | $ - |

| TAXES / FEES | | | | | | |
|---|---|---|---|---|---|---|
| Osborne County Treasurer | $ - | $ - | $ - | $ 100.00 | $ 100.00 | $ - |
| Ellsworth County Treasurer | $ - | $ - | $ - | $ 100.00 | $ 100.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |

| Transaction | Week 1 | Week 2 | Week 3 | Week 4 | Total | Actual |
|---|---|---|---|---|---|---|
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ - | $ - | $ - | $ 200.00 | $ 200.00 | $ - |

| JOINT INTEREST BILLING (JIBS) | | | | | | |
|---|---|---|---|---|---|---|
| JIB Payments | $ 7,000.00 | $ - | $ - | $ - | $ 7,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 7,000.00 | $ - | $ - | $ - | $ 7,000.00 | $ - |

| PUMPERS | | | | | | |
|---|---|---|---|---|---|---|
| Jim Gamble | $ 1,450.00 | $ - | $ - | $ - | $ 1,450.00 | $ - |
| Tom Harmon | $ 400.00 | $ - | $ - | $ - | $ 400.00 | $ - |
| Chris Martin | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 2,850.00 | $ - | $ - | $ - | $ 2,850.00 | $ - |

| PUMP TRUCKS | | | | | | |
|---|---|---|---|---|---|---|
| Tiger Trucks | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 400.00 | $ - |
| Brown's Pump Truck | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ - |
| Advanced Pumping Unit | $ - | $ - | $ - | $ - | $ - | $ - |
| Sonnys Tank Truck | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ - |
| S&M Pumping | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ - |

| HOT OIL TREATMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Hassler Hot Oil | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ - |
| Patriot Chemicals | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ - |

| ELECTRICIAN | | | | | | |
|---|---|---|---|---|---|---|
| Electrician | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 4,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 4,000.00 | $ - |

| WELL MAINTENANCE | | | | | | |
|---|---|---|---|---|---|---|
| Herriman Roustabout | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 2,000.00 | $ - |
| Arrow Pump & Supply | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 12,000.00 | $ - |