ILENE J. LASHINSKY (#003073)
United States Trustee

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
FAX: (602) 514-7270
Email: Patty.Chan@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CORE RESOURCES MANAGEMENT, INC., | In Proceedings under Chapter 11<br><br>Case No. 2:16-bk-06712-BKM<br><br>**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1.  MARY ANN KESTNER
    325 Ladera Street, Unit 1
    Santa Barbara, CA 93101
    Phone: (805) 729-4646
    Fax: none
    Email: maryannkestner@yahoo.com

2.  ANITA J. HARLAN
    501 South Roanoke
    Mesa, AZ 85206
    Phone: (319) 671-0614
    Fax: none
    Email: jimharlan7@gmail.com

| | |
|---|---|
| 1 | 3.    JOHN LEGGART |
| 2 | 4039 East Sunnyside Drive |
| | Phoenix, AZ 85028 |
| 3 | Phone: (602) 705-9440 |
| | Fax: none |
| 4 | Email: jrlegg@aol.com |

Dated: July 15, 2016    RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ PC  (#027115)
Patty Chan
Trial Attorney