IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

PROCEEDINGS & MINUTES FOR THE **CONTINUED**
'341a FIRST MEETING OF CREDITORS

DEBTORS: **CORE RESOURCE MANAGEMENT, INC.,**

CASE NOS.: **2:16-bk-06712-BKM**
DATE & TIME: **AUGUST 25, 2016 AT 12:00 P.M.**

NAME OF COUNSEL: **ADAM E. HAUF**
APPEARANCES:

Katherine Sanchez — UCC Attorney
John Leggat — UCC member chair

REMARKS:

RELATED CASES:

Nitro Petroleum, Inc (16-08288)

X  CONCLUDED          ___ CONTINUED

*Patty Chan* (signature)          DATE:
**PATTY CHAN**                    TIME:
Presiding Officer                 LOCATION:

_____ DISMISS FOR FAILURE TO APPEAR
      OR TO FILE SCHEDULES