Carolyn J. Johnsen (AZ 011894)
Katherine A. Sanchez (AZ 30051)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
cjjohnsen@dickinsonwright.com
ksanchez@dickinsonwright.com
*Attorneys for the Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CORE RESOURCE MANAGEMENT, INC.,<br><br>Debtor.<br><br>In re<br><br>NITRO PETROLEUM, INC.,<br><br>Debtor (pending dismissal).<br><br>Applies to Core Resource Management, Inc. only | Chapter 11 Proceeding<br><br>Case No. 2:16-bk-06712-BKM<br>Case No. 2:16-bk-08288-BKM<br><br>(Jointly Administered)<br><br>**ORDER AND NOTICE OF:**<br>**(1) TIME WITHIN WHICH TO FILE PROOFS OF CLAIM; AND,**<br>**(2) HEARING ON DISCLOSURE STATEMENT** |

**TO: ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST**

On November 4, 2016, a disclosure statement and plan of reorganization under Chapter 11 of the Bankruptcy Code were filed by the Official Committee of Unsecured Creditors ("UCC") appointed in the above captioned Debtor's chapter 11 case.

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

**1.** The hearing to consider approval of the *Disclosure Statement in Support of Chapter 11 Plan dated November 4, 2016 filed by the Official Committee of Unsecured Creditors* ("Disclosure Statement") shall be held at the United States Bankruptcy Court for the District of Arizona, 230 N. First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona on **December 7, 2016 at 11:00 a.m.**

**2.** The last day for filing with the Court and serving in accordance with Rule 3017(a), written objections to the Disclosure Statement, is fixed at five (5) business days prior to the hearing date set for approval of the Disclosure Statement (December 2, 2016).

**3.** Within the time limits imposed by Bankruptcy Rules 2002(b) and 3017(a), the proponent of the Plan shall transmit the Disclosure Statement and Plan to any committee appointed pursuant to 11 U.S.C. § 1102, the Securities and Exchange Commission, Attn: Bankruptcy Counsel, 444 S. Flower Street, Suite 900, Los Angeles, CA 90071, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Plan, and shall mail this Order to the above-referenced parties and to all creditors and other interested parties. The Plan proponent shall file a certificate of service or affidavit evidencing such transmission.

**4.** The Debtor has filed a list of creditors and equity security holders pursuant to Bankruptcy Rule 1007. Unless otherwise ordered by the Court, any creditor or equity security holder holding a listed claim which is not listed as disputed, contingent or unliquidated as to amount, may, but need not, file a proof of claim in this case. **Creditors and Interest Holders whose claims are not listed or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proof of claim or interest prior to the hearing on approval of the Disclosure Statement (December 7, 2016), which date is hereby fixed as the last day for filing a proof of claim.** Any creditor who desires to rely on the Debtor's list has the responsibility to determine that it is accurately listed.

**5.** Requests for copies of the Disclosure Statement and Plan shall be mailed to the proponent of the Plan in care of:

>Carolyn J. Johnsen
>Katherine Anderson Sanchez
>**Dickinson Wright PLLC**
>1850 N. Central Avenue, Suite 1400
>Phoenix, Arizona 85004
>cjjohnsen@dickinsonwright.com
>ksanchez@dickinsonwright.com

**DATED AND SIGNED ABOVE**

PHOENIX 72244-1 333979v1