ILENE J. LASHINSKY (#003073)
United States Trustee

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
FAX:   (602) 514-7270
Email: Patty.Chan@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CORE RESOURCE MANAGEMENT, INC.,<br>Debtor | In Proceedings under Chapter 11<br><br>Case No. 2:16-bk-06712-BKM<br><br>**FIFTH AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

On July 15, 2016, the United States Trustee appointed a committee of unsecured creditors in the above-captioned matter. Due to the withdrawal of one of the committee members (NOW CFO, LLC, represented by General Counsel, Bahar Sharifan), the United States Trustee hereby amends the list of creditors appointed to the committee as follows:

    1.    MARY ANN KESTNER
           325 Ladera Street, Unit 1
           Santa Barbara, CA 93101
           Phone: (805) 729-4646
           Fax: none
           Email: maryannkestner@yahoo.com

    2.    JAMES R. HARLAN and
           ANITA J. HARLAN
           1549 180TH Avenue
           West Point, IA
           Phone: (319) 671-0614
           Fax: none
           Email: jimharlan7@gmail.com

| | |
|---|---|
| 1 | |
| 2 | 3. JOHN LEGGAT |
| 3 | 5517 E Desert Hills Drive |
| | Scottsdale, AZ 85254 |
| 4 | Phone: (602) 705-9440 |
| | Fax: none |
| 5 | Email: jrlegg@aol.com |

Dated: March 14, 2017          RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ PC  (#027115)
Patty Chan
Trial Attorney