*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona  85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| CORE RESOURCE MANAGEMENT, INC. | ) | Case No. 2:16-BK-06712-BKM |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF AUCTION SALE

**PLEASE TAKE NOTICE** that an auction sale will be held on June 7, 2017 by Cunningham & Associates, Inc. through AuctionAz.com, LLC.

**DESCRIPTION OF PROPERTY TO BE SOLD**:

All right, title and interest of the bankruptcy estate in the wells on the attached list.

**TERMS AND CONDITIONS OF SALE**:

The property must be paid for by cashier's check or wire transfer to the auctioneer at the conclusion of the sale, before the buyer can take possession of the property. All property is sold "as is, where is", with no warranties of any kind.

The final bids received at the auction sale are subject to the trustee's approval and are also subject to approval by the bankruptcy court.

The assets will be offered for sale individually and as a group. Once the bidding is complete, a hearing will be held before bankruptcy court and the trustee will ask the court to approve the highest and best offer. At the hearing, the trustee will also consider any other offers which are made at the time of the hearing, if any.

At the hearing, the trustee will ask the Court to sell the Quinlan and Giant wells free and clear of the liens asserted by Goldman Advisors, LLC. If the Court approves the trustee's request, those assets will be sold free and clear of the liens asserted by Goldman Advisors. If not, then those wells will remain subject to those asserted liens.  All other assets are sold subject to any other

asserted liens, claims and interests, if any, unless the Court authorizes a sale free and clear of any such lien, claim or interest.

Certain of the wells are subject to compliance requirements of the Oklahoma Corporation Commission. The purchaser will be responsible for satisfying the requirements of the OCC for any well acquired by that purchaser. All purchasers are also subject to approval by the OCC before the estate's interest in the well can be transferred to the buyer. Purchasers will not be liable for any penalties or fines asserted against the debtor by the OCC.

**All information in the attached list, or otherwise provided by the trustee, trustee's counsel, or the auctioneer is for informational/notice purposes only. All buyers must conduct their own due diligence and MAY NOT rely in any manner on either the attached information or any other information that is provided to them by the trustee, trustee's counsel or the auctioneer. No claims of any kind may be asserted against the trustee, trustee's counsel, the auctioneer or the bankruptcy estate that false, misleading or inaccurate information has been provided.**

### VIEWING OF THE ASSETS

The assets may be viewed by contacting the trustee, Dale D. Ulrich at 602-264-4124, to make appropriate arrangements.

### ADDITIONAL INFORMATION

1. See www.auctionaz.com

2. Bidding will open on or before 4:00 p.m. on four days prior to the final sale date. Bidders will be able to place bids in person, by fax, by email, via telephone, or through the online bidding system at auctionaz.com. If anyone places a bid within the last 30 seconds of closing, the bidding is extended an additional three minutes. Bidding will start to close at 12:00 p.m. on the date stated in the first paragraph above. A bidder deposit may be required. The deposit can be made in person by cashier's check or cash, or using a credit card through the online system. Sale is "as is, where is". Bidders must conduct their own due diligence. Sale is subject to liens and encumbrances.

### OBJECTIONS TO THE SALE

Any person opposing the sale shall file a written objection on or before fourteen (14) days after the date of this notice with the Clerk of the United States Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706. A copy of the objection shall be forthwith mailed to counsel for the trustee, whose name and address appears below.

2

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection.

DATED April 29, 2017.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
 Terry A. Dake
 20 E. Thomas Rd.
 Suite 2200
 Phoenix, Arizona  85012-3133
 Attorney for Trustee

3

| # | Current Operator | Well Name | Address/Legal Location | County | API | Owner | Producing | Last Worked | Depth | Avg. Barrel's per Day | Avg. Barrel's per Month | Reserves (barrels) | Equipment Value | Est Repair Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nitro Petroleum | Quinlan 1 | NW NE NW/4 Section 19-T11N-R5E | Pottawatomie | 3512501215 | 78.00% | No | Jul-15 | 4,000 | 5 | 150 | 15,764 | $ 30,000 | $ 10,000 |
| 2 | Nitro Petroleum | Quinlan 2 | C NE NW/4 Section 19-T11N-R5E | Pottawatomie | 3512501216 | 78.00% | No | May-16 | 4,779 | 20 | 600 | 47,014 | $ 100,000 | $ 10,000 |
| 3 | Nitro Petroleum | Quinlan 3 | NE NE NW/4 Section 19-T11NN-R5E | Pottawatomie | 3512523625 | 78.00% | No | Oct-16 | 4,806 | 10 | 300 | 17,974 | $ 100,000 | |
| 4 | Nitro Petroleum | Quinlan 4 SWD | CT NW SW/4 Section 19 T11N R5E | Pottawatomie | 3512523624 | 78.00% | No | May-16 | 4,891 | | | | $ 50,000 | $ 10,000 |
| 5 | Nitro Petroleum | Crown 1 | TM 4 10N 5E Indian NE4 NE4 SW4 | Pottawatomie | 3512521741 | 100.00% | No | | 4,700 | | | | $ - | |
| 6 | Nitro Petroleum | Crown 2 SWD | AC 4 10N 5E Indian NW4 NE4 SW4 | Pottawatomie | 3512522041 | 100.00% | No | | 4,777 | | | | $ - | |
| 7 | Nitro Petroleum | Crown 3 | SW NE SW Section 4 T10N R5E | Pottawatomie | 3512522164 | 100.00% | No | Jul-15 | 4,775 | 5 | 150 | 10,205 | $ 50,000 | $ 10,000 |
| 8 | Nitro Petroleum | Gloria SWD | AC 4 10N 5E Indian SW4 SW4 NE4 | Pottawatomie | 3512521468 | 100.00% | | | 4,740 | | | | $ - | |
| 9 | Nitro Petroleum | Giant 1-21 | NE SW NW NW Section 21-2N-8W | Stephens | 35137270440000 | 78.25% | No | Jul-15 | 7,000 | 7 | 210 | 7,850 | $ 100,000 | $ 20,000 |
| 10 | Nitro Petroleum | Giant 2-21 | W2 E2 SE NW Section 21-T2N-R8W | Stephens | 35137271050000 | 78.25% | Yes | | 6,811 | 11 | 330 | 7,895 | $ 100,000 | |
| 11 | Nitro Petroleum | Branch 1 | AC 1 3N 1W IM W2 E2 SW SW | Garvin | 35049249220000 | 80.00% | Yes | | 7,000 | 5 | 150 | 8,392 | $ 50,000 | |
| 12 | Nitro Petroleum | Bromide 1 | AC 6 3N 1W Indian SE4 SW4 SW4 | Garvin | 3504922731 | 100.00% | No | | 5,506 | | | | $ - | |
| 13 | Nitro Petroleum | Fuller 2 | AC 1 3N 2W Indian SE4 NE4 SE4 | Garvin | 3504922752 | 100.00% | No | Jan-15 | 5,754 | | | | $ 30,000 | |
| 14 | Nitro Petroleum | Fuller 3 | SE/4SE/4 Section 1-3N-2W | Garvin | 3504922776 | 100.00% | Yes | Jan-15 | 6,002 | 1 | 30 | 6,073 | $ 30,000 | |
| 15 | Nitro Petroleum | Kimberly 3 | S2 NW4 NW4 Section 7 3N 1W | Garvin | 3504922497 | 100.00% | No | | 5,473 | | | | $ - | |
| 16 | Nitro Petroleum | Mason Burns 2 | SP 34 4N 2W Indian NE4 NW4 NW4 | Garvin | 3504939158 | 100.00% | Yes | Jan-15 | 6,284 | 2 | 60 | 10,097 | $ 50,000 | |
| 17 | Nitro Petroleum | McNeil 1 | AC 27 3N 1W Indian N2 SW4 SW4 NW4 | Garvin | 3504924536 | 100.00% | No | Jan-15 | 4,844 | 3 | 90 | 0 | $ 25,000 | $ 10,000 |
| 18 | | | | | | | | | | | | 3,859 | | $ 10,000 |
| 19 | | | | | | | | | | | | | | |
| 20 | Nitro Petroleum | Roach 1 SWD | AC 12 3N 2W INDIAN S2 NE NE NE | Garvin | 3504922717 | 100.00% | | | 5,750 | | | | $ 25,000 | $ 10,000 |
| 22 | Nitro Petroleum | Teresa 1 | SP 34 4N 2W Indian E2 NE4 NW4 SW4 | Garvin | 3504924448 | 78.3% | Yes | Feb-15 | 5,730 | 3 | 90 | 9,404 | $ 10,000 | |
| 23 | Nitro Petroleum | Thompson 1-18 | AC 18 4N 1W Indian CSE4 SW4 SE4 | Garvin | 3504924481 | 80.5% | Yes | | 5,308 | 2 | 60 | 3,628 | $ 50,000 | |
| 24 | Nitro Petroleum | Thompson 2-18 | AC 18 4N 1W Indian CSE4 SW4 | Garvin | 3504924380 | 100% | No | | 5,641 | | | | | |
| 25 | Gamble Oil Production | Bobbie 1 | AC 16 9N 6E Indian NE4 SE4 NW4 | Seminole | 3513323753 | 100% | No | Jul-15 | 2,786 | 1 | 30 | 10,323 | $ 10,000 | $ 5,000 |
| 26 | Nitro Petroleum | Jessica 23A | AC 5 6N 6E Indian SE4 NW4 SE4 | Seminole | 3513323969 | 100% | Yes | | 3,130 | 1 | 30 | 3,942 | $ - | |
| 27 | Wise Oil & Gas | Weise Heirs SWD | AC 16 9N 8E Indian W2 NW4 NE4 | Seminole | 3513305274 | Unk | | | 3,142 | | | | $ 5,000 | |
| Total | | | | | | | 7 | | | 76 | 2,280 | 162,420 | $ 825,000 | $ 85,000 |