1  ***TERRY A. DAKE, LTD.***
   20 E. Thomas Rd.
2  Suite 2200
   Phoenix, Arizona  85012-3133
3  Telephone: (602) 710-1005
   tdake@cox.net
4
   **Terry A. Dake - 009656**
5
   Attorney for Trustee
6
                 **IN THE UNITED STATES BANKRUPTCY COURT**
7
                      **FOR THE DISTRICT OF ARIZONA**
8
9  In re:                        )    In Chapter 7 Proceedings
                                 )
10 CORE RESOURCE MANAGEMENT, INC.)    Case No. 2:16-BK-06712-BKM
   aka NITRO PETROLEUM, INC.[1]  )
11                               )
                        Debtor.  )
12 _____)

13                      **MOTION TO APPROVE SALE**

14        The  trustee  moves  this  Court  for  the  entry  of  an  order

15 approving  the  sale  of  the  estate's  interest  in  certain  wells  and

16 related equipment.  The trustee's motion is more fully set forth in and

17 is  supported  by  the  following  Memorandum  Of  Points  and  Authorities

18 which  is  incorporated  by  reference  herein.

19        DATED May 1, 2017.

20                            ***TERRY A. DAKE, LTD.***

21
                            By /s/ TD009656
22                          _____
                              Terry A. Dake – 009656
23                            20 E. Thomas Rd.
                              Suite 2200
24                            Phoenix, Arizona 85012-3133

25

26 _____

27        [1] Core Resource Management, Inc. is the owner of any assets
   titled in the name of Nitro Petroleum, Inc.  See, Admin. Dkt. No.
28 123.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

At the time that this case was filed, the debtor owned an interest in certain wells and related equipment located at the well sites. A list of those assets is attached to this motion.[2]

The trustee has noticed an auction sale of these assets for June 7, 2017. The sale notice provides that the final bid price is subject to approval by this Court and by the trustee, as well as higher and better offers, if any, which might come before the Court at the time of the hearing.

The trustee believes that the bidding process will establish the highest and best price for these assets. However, since the auction process will include both individual bid prices for each well, as well a group bid for all wells collectively, there will be two final bids from which to choose. Further, the trustee is aware that other parties may be interested in making an offer for these assets outside the auction process.

At the hearing on this motion, the trustee will recommend what he believes to be the highest and best offer for approval by the Court. The trustee will choose between the individual bids, the group bid, and any offers which may come before the Court at the hearing.

---

[2] All information in the attached list, or otherwise provided by the trustee, trustee's counsel, or the auctioneer is for informational/notice purposes only. All buyers must conduct their own due diligence and MAY NOT rely in any manner on either the attached information or any other information that is provided to them by the trustee, trustee's counsel or the auctioneer. No claims of any kind may be asserted against the trustee, trustee's counsel, the auctioneer or the bankruptcy estate that false, misleading or inaccurate information has been provided.

2

Except as set forth below, all of these assets are being sold "as is, where is" without warranty and subject to any liens, claims or interests.

Certain of the wells are subject to compliance requirements of the Oklahoma Corporation Commission. The purchaser will be responsible for satisfying the requirements of the OCC for any well acquired by that purchaser. All purchasers are also subject to approval by the OCC before the estate's interest in the well can be transferred to the buyer. Purchasers will not be liable for any penalties or fines asserted against the debtor by the OCC.

Goldman Advisers, LLC ("Goldman") has recorded alleged mechanics liens against leases identified in the Goldman recordings as "Quinlan" and "Giant". The Quinlan lien was recorded on September 14, 2015 and the Giant lien was recorded on April 4, 2016. Both liens are the subject of a pending adversary proceeding (Adv. No. 2:16-ap-585) wherein the validity of these liens is disputed. In addition, since the Giant lien was recorded less than 90 days prior to bankruptcy, that lien appears to be avoidable as a preference under 11 U.S.C. §547. As a result, the wells ostensibly encumbered by the Goldman liens will be sold free and clear of those liens pursuant to 11 U.S.C. §363(f). The liens will attach to the proceeds of those specific wells (NOT the proceeds of all wells) pending further order of the Court. The attachment of the liens to these proceeds will not increase nor decrease the existing validity or priority of these liens, if any, but is designed only to provide a mechanism for the sale of the assets with a subsequent determination of the validity or priority of the liens.

3

Given that these liens are disputed and likely avoidable, the trustee objects to and does not consent to any credit bidding by Goldman pursuant to 11 U.S.C. §363(k).

Frontier Well Services recorded liens against wells generally identified as Mason Burns #2 and Teresa #1 on February 10, 2017, after the bankruptcy filing (June 23, 2016). Since those liens were recorded after the bankruptcy filing without relief from the automatic stay, those liens are in violation of the automatic stay and are void. *Parker v. Bain*, 68 F.3d 1131, 1138 (9th Cir. 1995). The assets will be sold free and clear of the Frontier liens and those lien will not attach to any sale proceeds.

Finally, liens appear of record in favor of the following entities. However, each of these liens were recorded more than one year prior to the bankruptcy filing (June 23, 2016) without any action having been filed to enforce the lien. As a result, these liens are no longer enforceable. See, 42 O.S. §172. The property will be sold free and clear of these liens and the liens will not attach to any sale proceeds:

| Lien Claimant | Recording Date |
| --- | --- |
| Mills Well Service | 12/21/09 |
| K&H Well Service | 1/16/09 |
| Electric Service Co. | 2/20/15 |
| Kay Production Co. | 3/16/15 |
| Vertice Petroleum | 5/4/15 |

The trustee provides the following additional information pursuant to Local Rule 6004-1:

4

1. Other than the debtor and the parties identified above, no other person or entity is known to have an interest in the property.

2. Other than as set forth above, the sale is not free and clear of liens, claims or interests.

3. The purchase price is to be paid in full not later than 14 days after entry of the order approving the sale.

4. The property may be viewed by contacting the trustee.

5. The sale is subject to higher and better offers at the time of the hearing on the sale.

6. No compensation will be paid from the sale except an auctioneer's commission in an amount to be determined by the Court upon completion of the sale.

7. The trustee does not have an appraisal of the property.

8. There is no pending stay relief motion with regard to the property.

**WHEREFORE**, the trustee prays for the entry of an order authorizing the sale of the property as set forth herein.

DATED May 1, 2017.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133

5

| # | Current Operator | Well Name | Address/Legal Location | County | API | Owner | Producing | Last Worked | Depth | Avg. Barrels per Day | Avg. Barrel's per Month | Reserves (barrels) | Equipment Value | Est Repair Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Nitro Petroleum | Quinlan 1 | NW NE NW/4 Section 19-T11N-R5E | Pottawatomie | 3512501215 | 78.00% | No | Jul-15 | 4,000 | 5 | 150 | 15,764 | $ 30,000 | $ 10,000 |
| 2 | Nitro Petroleum | Quinlan 2 | C NE NW/4 Section 19-T11N-R5E | Pottawatomie | 3512501216 | 78.00% | No | May-16 | 4,779 | 20 | 600 | 47,014 | $ 100,000 | $ 10,000 |
| 3 | Nitro Petroleum | Quinlan 3 | NE NE NW/4 Section 19-T11NN-R5E | Pottawatomie | 3512523625 | 78.00% | No | Oct-16 | 4,806 | 10 | 300 | 17,974 | $ 100,000 | |
| 4 | Nitro Petroleum | Quinlan 4 SWD | CT NW SW/4 Section 19 T11N R5E | Pottawatomie | 3512523624 | 78.00% | No | May-16 | 4,891 | | | | $ 50,000 | $ 10,000 |
| 5 | Nitro Petroleum | Crown 1 | TM 4 10N 5E Indian NE4 NE4 SW4 | Pottawatomie | 3512521741 | 100.00% | No | | 4,700 | | | | $ - | |
| 6 | Nitro Petroleum | Crown 2 SWD | AC 4 10N 5E Indian NW4 NE4 SW4 | Pottawatomie | 3512522041 | 100.00% | No | | 4,777 | | | | $ - | |
| 7 | Nitro Petroleum | Crown 3 | SW NE SW Section 4 T10N R5E | Pottawatomie | 3512522164 | 100.00% | No | Jul-15 | 4,775 | 5 | 150 | 10,205 | $ 50,000 | $ 10,000 |
| 8 | Nitro Petroleum | Gloria SWD | AC 4 10N 5E Indian SW4 SW4 NE4 | Pottawatomie | 3512521468 | 100.00% | | | 4,740 | | | | $ - | |
| 9 | Nitro Petroleum | Giant 1-21 | NE SW NW NW Section 21-2N-8W | Stephens | 35137270440000 | 78.25% | No | Jul-15 | 7,000 | 7 | 210 | 7,850 | $ 100,000 | $ 20,000 |
| 10 | Nitro Petroleum | Giant 2-21 | W2 E2 SE NW Section 21-T2N-R8W | Stephens | 35137271050000 | 78.25% | Yes | | 6,811 | 11 | 330 | 7,895 | $ 100,000 | |
| 11 | Nitro Petroleum | Branch 1 | AC 1 3N 1W IM W2 E2 SW SW | Garvin | 35049249220000 | 80.00% | Yes | | 7,000 | 5 | 150 | 8,392 | $ 50,000 | |
| 12 | Nitro Petroleum | Bromide 1 | AC 6 3N 1W Indian SE4 SW4 SW4 | Garvin | 3504922731 | 100.00% | No | | 5,506 | | | | $ - | |
| 13 | Nitro Petroleum | Fuller 2 | AC 1 3N 2W Indian SE4 NE4 SE4 | Garvin | 3504922752 | 100.00% | No | Jan-15 | 5,754 | | | | $ 30,000 | |
| 14 | Nitro Petroleum | Fuller 3 | SE/4SE/4 Section 1-3N-2W | Garvin | 3504922776 | 100.00% | Yes | Jan-15 | 6,002 | 1 | 30 | 6,073 | $ 30,000 | |
| 15 | Nitro Petroleum | Kimberly 3 | S2 NW4 NW4 Section 7 3N 1W | Garvin | 3504922497 | 100.00% | No | | 5,473 | | | | $ - | |
| 16 | Nitro Petroleum | Mason Burns 2 | SP 34 4N 2W Indian NE4 NW4 NW4 | Garvin | 3504939158 | 100.00% | Yes | Jan-15 | 6,284 | 2 | 60 | 10,097 | $ 50,000 | |
| 17 | Nitro Petroleum | McNeil 1 | AC 27 3N 1W Indian N2 SW4 SW4 NW4 | Garvin | 3504924536 | 100.00% | Yes | Jan-15 | 4,844 | 3 | 90 | 0 | $ 25,000 | $ 10,000 |
| 18 | | | | | | | | | | | | 3,859 | $ 10,000 | |
| 19 | | | | | | | | | | | | | | |
| 20 | Nitro Petroleum | Roach 1 SWD | AC 12 3N 2W INDIAN S2 NE NE NE | Garvin | 3504922717 | 100.00% | | | 5,750 | | | | $ 25,000 | $ 10,000 |
| 22 | Nitro Petroleum | Teresa 1 | SP 34 4N 2W Indian E2 NE4 NW4 SW4 | Garvin | 3504924448 | 78.3% | Yes | Feb-15 | 5,730 | 3 | 90 | 9,404 | $ 10,000 | |
| 23 | Nitro Petroleum | Thompson 1-18 | AC 18 4N 1W Indian CSE4 SW4 SE4 | Garvin | 3504924481 | 80.5% | Yes | | 5,308 | 2 | 60 | 3,628 | $ 50,000 | |
| 24 | Nitro Petroleum | Thompson 2-18 | AC 18 4N 1W Indian CSE4 SW4 | Garvin | 3504924380 | 100% | No | | 5,641 | | | | | |
| 25 | Gamble Oil Production | Bobbie 1 | AC 16 9N 6E Indian SE4 SW4 NW4 | Seminole | 3513323753 | 100% | No | Jul-15 | 2,786 | 1 | 30 | 10,323 | $ 10,000 | $ 5,000 |
| 26 | Nitro Petroleum | Jessica 23A | AC 5 6N 6E Indian SE4 NW4 NE4 | Seminole | 3513323969 | 100% | Yes | | 3,130 | 1 | 30 | 3,942 | $ - | |
| 27 | Wise Oil & Gas | Weise Heirs SWD | AC 16 9N 8E Indian W2 NW4 NE4 | Seminole | 3513305274 | Unk | | | 3,142 | | | | $ 5,000 | |
| Total | | | | | | | 7 | | | 76 | 2,280 | 162,420 | $ 825,000 | $ 85,000 |